**Joe Allen CHANEY,
Plaintiff-Appellant,**

v.

**SHERIFF, CAROLL COUNTY,
Defendant-Appellee.**

**No. 75–2031
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 1975.

Joe Allen Chaney, pro se.

William P. Johnson, E. Carl Prince,
Jr., Carrollton, Ga., for defendant-appellee.

Before BROWN, Chief Judge, and
GODBOLD and GEE, Circuit Judges.

PER CURIAM:

The order of the District Court is vacated and the cause remanded for reconsideration in the light of Gerstein v.
Pugh, 420 U.S. 103, 95 S.Ct. 854, 43

* Rule 18, 5th Cir., See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th
Cir. 1970, 431 F.2d 409, Part I.

L.Ed.2d 54 (1975) and O'Connor v. Donaldson, —— U.S. ——, 95 S.Ct. 2486, 45 L.Ed.2d 396 (1975).

Vacated and remanded.